# CRIMINAL COVERSHEET

U.S COURTS
MAY 21 2013
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| DEFENDANT'S NAME: **Stacia Larrae Greene** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Sealed |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Tom Atkinson | INTERPRETER: No |
| Telephone No.: (509) 353-2964 | If YES, language: |
| AGENCY: Drug Enforcement Administration | CR 13-133-C-EJL |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| CHARGING DOCUMENT: **Indictment** | |
| Felony: Yes | County of Offense: **Nez Perce** |
| Class A Misdemeanor: No | Estimated Trial Time: **3 days** |
| Class B or C Misdemeanor: No (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) | One | Distribution of Methamphetamine | Imprisonment for not less than 5 years and not more than 40 years; fine not to exceed $5,000,000; supervised release for at least 4 years; and a $100 special assessment. |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Two | Distribution of Methamphetamine | Imprisonment for not more than 20 years; fine not to exceed $1,000,000; supervised release for at least 3 years; and a $100 special assessment. |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Three | Distribution of Cocaine | Imprisonment for not more than 20 years; fine not to exceed $1,000,000; supervised release for at least 3 years; and a $100 special assessment. |

| | | | |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Four | Distribution of Cocaine | Imprisonment for not more than 20 years; fine not to exceed $1,000,000; supervised release for at least 3 years; and a $100 special assessment. |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Five | Distribution of Cocaine | Imprisonment for not more than 20 years; fine not to exceed $1,000,000; supervised release for at least 3 years; and a $100 special assessment. |
| 21 U.S.C. § 853 | **Forfeiture Allegation** | **Criminal Forfeiture Allegation** | |

Date: **May 21, 2013**

Assistant U.S. Attorney: MICHAEL W. MITCHELL
Telephone No.: **(208) 667-6568**