**CRIMINAL PROCEEDINGS/Sentencing**
   **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge Edward J. Lodge | Date: 01/30/2013 |
| Deputy Clerk: Anne Lawron | Case No: 3:13CR133-EJL |
| Reporter: Lisa Yant | Time: 2:35 - 3:25 pm |
| | Location: CDA |

**UNITED STATES OF AMERICA vs.** STACIA LAREE GREENE
   Counsel for United States:  AUSA Michael Mitchell
   Defendant:   Terence Ryan

On 11/12/2013 the defendant entered a plea of guilty to Count 1 of a superseding information charging distribution of methamphetamine and forfeiture. The plea was pursuant to a written plea agreement.

Objections were made by the defense to the presentence report. The Court has had the opportunity to consider those objections along with the comments expressed in court today; and, except as modified here today, felt the responses to those objections as contained in the addendum to the presentence report adequately addressed the concerns and objections of the defendant and adopted the presentence report and the addendum thereto.

Recommendations as to sentencing were made by counsel and a statement was made to the Court by the defendant.

The defendant, Stacia Laree Greene, sentenced to the custody of the Bureau of Prisons for a period of 30 months to be followed by a term of Supervised Release for 3 years.   Defendant to comply with the following terms and  conditions of supervised release:

Defendant shall not commit another federal, state or local crime during the term of supervision.

The defendant shall comply with the rules and regulations of the Probation Department.

The defendant shall not possess a firearm or other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance and shall abstain from the unlawful use of the same.

Drug testing waived based upon the Court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall submit her person, property, house, residence, vehicle, papers or office to a search conducted by a US Probation Officer. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

The defendant shall, upon request of the probation officer, or a person duly authorized by the probation officer, provide any and all financial information  requested by the probation officer or the duly authorized person.

The defendant shall not incur any new credit charges nor open additional lines of credit without the approval of the probation officer.

Pursuant to 18 USC 3563(a)(9) and 3583(d), the defendant shall cooperate in the collection of DNA.

Defendant shall pay a fine in the amount of 3,000.00 in monthly payments as arranged by the probation officer.

Pursuant to 18 USC 3013 defendant shall pay a Special Assessment of $100.

Defendant shall forfeit all property identified in the charging document consistent with the plea agreement.

Governments Motion to Dismiss remaining counts – GRANTED.  Counts in the Indictment are dismissed.

Right to Appeal advised.

Defendant shall self surrender to the institution designated by the Bureau of Prisons and will be notified in writing of the exact date and facility by a United States Probation Officer.  Until such time he/she shall report as directed and abide by all conditions set.